**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7501**

———————

STACY INGRAM,

                                        Petitioner - Appellant,

        versus

MARK HENRY, Warden; FEDERAL BUREAU OF PRISONS,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-98-2805-PJM)

———————

Submitted:  April 30, 1999             Decided:  July 8, 1999

———————

Before NIEMEYER, HAMILTON, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Stacy Ingram, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ingram appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. Ingram v. Henry, No. CA-98-2805-PJM (D. Md. Sept. 29, 1998).[*] See also Pelissero v. Thompson, ___ F.3d ___, 1999 WL 133112 (4th Cir. Mar. 12, 1999) (Nos. 97-6156, 97-6221). We deny Ingram's motion to review his appeal en banc. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on September 28, 1998, the district court's records show that it was entered on the docket sheet on September 29, 1998. It is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Fed. R. Civ. P. 58 and 79(a); Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2